**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 12-CR-30143-WDS |
| ) | |
| **ALFONSE HAYDEN,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

Before the Court is defendant's oral motion to continue (See, Doc. 35) and the defendant executed a separate Speedy Trial waiver. The defendant seeks a continuance of the trial and final pre-trial dates on the grounds that additional time is necessary to secure an expert in this case and to allow him to further prepare for trial.

Upon review of the record, the Court **FINDS** that it is in the best interests of justice and the defendant to continue the final pretrial and trial in this matter. The Court **FURTHER FINDS** that additional time is reasonable and necessary to allow the defense attorney the opportunity to further prepare for trial. 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i).  The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance in this matter. 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** defendant's motion for a continuance (Doc. 14). This matter is **HEREBY** rescheduled for trial on Tuesday, September 10, 2013 at 9:00 a.m., and for a Final Pre-Trial Conference on Monday, August 26, 2013, at 11:00 a.m. All time between the filing of the motion to continue and the new trial date shall be excluded for speedy trial purposes.

**IT IS SO ORDERED.**

**DATE: 28 June, 2013**

**/s/   WILLIAM D. STIEHL**
             **DISTRICT JUDGE**